# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEAROLD R. STINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.   3:18-cv-2202 |
| | ) |
| HOMAN TRUCKING, LLC and IKE | ) |
| R. ROSE, HOMAN & COMPANY, INC., | ) |
| and A.B.C.D. TRANSPORTATION CO., INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

COMES NOW defendants Homan Trucking LLC and A.B.C.D. Transportation Co., Inc., by and through their undersigned attorneys, and pursuant to 28 U.S.C. § 1441 and § 1446, file their Notice of Removal of the above-captioned action to the United States District Court for the Southern District of Illinois, and for grounds thereof, respectfully state:

1.     The above-captioned action, now pending in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, is a civil action brought by plaintiff Gearold R. Stine against defendants Homan Trucking LLC, Ike R. Rose, Homan & Company, Inc., and A.B.C.D. Transportation Co., Inc.  Plaintiff's Complaint sounds in negligence and alleges a claim for injuries he allegedly suffered in a motor vehicle accident that occurred in Madison County, Illinois on or about November 16, 2016.

2. Plaintiff's original Complaint was filed on October 5, 2018, in the Circuit Court of Madison County as Cause No. 18-L-1331. See Complaint, contained in the court file attached hereto and marked as Exhibit A. Thereafter, plaintiff filed an Amended Complaint and a Second Amended Complaint on November 2, 2018 and November 19, 2018 respectively. See Amended Complaint and Second Amended Complaint, contained in the court file attached hereto and marked as Exhibit A.

3. The present action is a civil action of which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, and the action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

4. Plaintiff was, at the time of the commencement of said action, and ever since has been, and still is, a resident and citizen of the State of Illinois.

5. All defendants were citizens of Missouri. Specifically, defendant Ike R. Rose, at the time of the commencement of said action, and ever since has been, is a resident and citizen of Missouri. Homan Trucking LLC is a limited liability company organized and existing under the laws of the State of Missouri, with its chief and principal place of business in Missouri. Homan Trucking LLC has two members (Charity Homan and Dustin Homan), who are residents and citizens of the State of Missouri. Homan & Company, Inc. is a corporation organized and existing under the laws of the State of Missouri, with its chief and principal place of business in Missouri. Defendant A.B.C.D.

Transportation Co., Inc. is a corporation organized and existing under the laws of the State of Missouri, with its chief and principal place of business in Missouri.

6. Defendants reasonably believe that the damages sought by plaintiff are in excess of Seventy-Five Thousand Dollars ($75,000.00) and, therefore, the matter and amount in controversy in said action, exclusive of interest and costs, exceeds the sum or value of Seventy Five Thousand Dollars ($75,000.00).

7. With regard to the issue of the amount in controversy, defendants direct the Court to the following facts: (1) The Complaint reflects that plaintiff is seeking in excess of $50,000; (2) Plaintiff alleges that he experienced "severe pain, suffering, mental anguish and property damage;" (3) Plaintiff further alleges that he has incurred medical charges, lost wages, continuing lost wages, a loss of normal life, continued pain and suffering, and mental stress; and (4) Plaintiff further alleges that convalescent care may be required in the future.

8. Defendant A.B.C.D. Transportation Co., Inc. was served with plaintiff's Complaint on November 29, 2018. Although not officially served at that time, Homan Trucking LLC first received a copy of the Second Amended Complaint, and thus notice of this lawsuit, on November 29, 2018.

9.      Therefore, defendant's Notice of Removal is timely and in accordance with the requirements of 28 U.S.C. § 1446(b), as defendants have filed their Notice of Removal within thirty (30) days of service.

10.     This matter is not an action described in 28 U.S.C. § 1445.

11.     Venue is proper in the United States District Court for the Southern District of Illinois.

12.     Copies of all pleadings filed in this matter thus far in Madison County are attached hereto as Exhibit A.

WHEREFORE, defendants Homan Trucking LLC and A.B.C.D. Transportation Co., Inc. respectfully request that this Honorable Court accept jurisdiction of said action and for such further relief this Court deems just and proper.

**DEFENDANTS DEMAND TRIAL BY JURY.**

/s/ John P. Cunningham
John P. Cunningham, #6193598
Denise Baker-Seal, #6255589
BROWN & JAMES, P.C.
Attorneys for Defendants
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois  62220-1547
618/235-5590; 618/235-5591 (Fax)
jcunningham@bjpc.com; smolla@bjpc.com
dbaker-seal@bjpc.com; dowens@bjpc.com

# AFFIDAVIT OF SERVICE

I, the undersigned, on the 21st day of December, 2018 electronically filed this document with the United States District Court, Southern District of Illinois which will send electronic notification to each of the following:

Mr. Brian M. Wendler
Ms. Angie M. Zinzilieta
Mr. Paul E.H. Rademacher
Wendler Law, P.C.
900 Hillsboro, Suite 10
Edwardsville, IL 62025
wendlerlawpc@gmail.com

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

                                                  /s/ John P. Cunningham

20400670.1