IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEAROLD R. STINE,

Plaintiff,

v.

HOMAN TRUCKING, LLC, *et al.*,

Defendants.

Case No. 18-cv-2202 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the claims in the above action have been settled or voluntarily dismissed;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 18, 2020**        **MARGARET M. ROBERTIE, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**